**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 4308 SPRINGHILL ESTATES, PARKER, | § | |
| COLLIN COUNTY, TEXAS LAND TRUST, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv270 |
| | § | Judge Clark/Judge Mazzant |
| PHH MORTGAGE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action,
this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28
U.S.C. § 636.  On September 12, 2013, the report of the Magistrate Judge was entered containing
proposed findings of fact and recommendations that Defendant's Motion to Dismiss Under Rule
12(b)(6) [Doc. #7] be granted.

Having received the report of the United States Magistrate Judge, and no objections
thereto having been timely filed, this court is of the opinion that the findings and conclusions of
the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and
conclusions of the court.

It is, therefore, **ORDERED** Defendant's Motion to Dismiss Under Rule 12(b)(6) [Doc.
#7] is **GRANTED**, and Plaintiff's case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **25** day of **October, 2013.**

_____

Ron Clark, United States District Judge